UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY LOSEE,

        Petitioner,                              Case Number 07-14421-BC
                                                        Honorable Thomas L. Ludington
v.

DOUG VASBINDER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order Denying Petition for Writ of Habeas Corpus entered on this date,

It is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**.

                                                   s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge

Dated: November 30, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 30, 2009.
                              s/Tracy A. Jacobs
                              TRACY A. JACOBS